AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Oregon

| | |
|---|---|
| United States of America<br>v.<br>Janessa Lynn HANNIGAN<br><br>*Defendant(s)* | )<br>)<br>)   Case No.  3:23-mj-86<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __May 2, 2023__ in the county of __Multnomah__ in the _____ District of __Oregon__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841(a)(1), 841(b)(1)(C), and 841(b)(2) | Possession with intent to distribute a controlled substance. |

This criminal complaint is based on these facts:

See affidavit of HSI Special Agent Guy Gino, which is attached and incorporated fully by reference.

☑ Continued on the attached sheet.

/s/ By Phone
*Complainant's signature*

Guy Gino, Special Agent, HSI
*Printed name and title*

Sworn to before me and signed by telephone as permitted by Rule 4.1 .

Date: __May 3, 2023__

*Judge's signature*

City and state: __Portland, Oregon__   Hon. Jeffrey Armistead, U.S. Magistrate Judge
*Printed name and title*